**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROY BRIDGEFORTH,

        Plaintiff,

  vs.

BEN CURRY, et al.,

        Defendants.

No. C 09-02148 JW (PR)

ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION

On May 19, 2009, the above titled action was transferred to this Court from the United State District Court for the Eastern District.  (See Docket No. 8.)  On June 3, 2009, the clerk of the Court sent a notification to plaintiff that the in forma pauperis application on file was insufficient because plaintiff did not use the correct form.  (See Docket No. 9.)  The notice included a copy of this court's In Forma Pauperis Application and a return envelope.  (Id.)  On June 25, 2009, plaintiff filed a motion for leave to proceed in forma pauperis using the proper form.  (Docket No. 11.)  However, the application is insufficient because plaintiff did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison and a copy of his prisoner trust account statement showing transactions for the last six months.

Order Granting Ext. of Time to file Complete IFP App.
P:\PRO-SE\SJ.JW\CR.09\Bridgeforth02148_ifp-eot.wpd

1  In the interest of justice, the Court will extend the time for plaintiff to file the
2  necessary documents in order to complete his in forma pauperis application.
3  Plaintiff must submit the above mentioned documents **within thirty (30) days** from
4  the date this order is filed.  **Failure to respond in accordance with this order will**
5  **result in dismissal of this case without prejudice for failure to pay the filing fee**
6  **without further notice to plaintiff.**
7  The Clerk shall include two blank copies of the Certificate of Funds from the
8  In Forma Pauperis Application with a copy of this order to plaintiff.

DATED: August 13, 2009

*James Ware*
JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

Order Granting Ext. of Time to file Complete IFP App.
P:\PRO-SE\SJ.JW\CR.09\Bridgeforth02148_ifp-eot.wpd          2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROY BRIDGEFORTH,

        Plaintiff,

  v.

BEN CURRY, et al.,

        Defendants.
                                               /

Case Number: CV09-02148 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 8/14/2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roy Bridgeforth H-96102
CTF Soledad
P. O. Box 705
SOLEDAD, CA 93960-0705

Dated: 8/14/2009

                                       Richard W. Wieking, Clerk
                               /s/ By: Elizabeth Garcia, Deputy Clerk