*E-Filed 3/26/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROY BRIDGEFORTH, | No. C 09-2148 RS (PR) |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| BEN CURRY, et al., | |
| Defendants. | |

This is a civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff was ordered to file a complete application to proceed *in forma pauperis* by September 14, 2009 or face dismissal of the action. Plaintiff still has not filed a complete application or paid the filing fee. Accordingly, plaintiff's complaint, and thereby the action, is DISMISSED without prejudice. Plaintiff's motion to proceed *in forma pauperis* is DENIED.

The Clerk shall enter judgment in favor of defendants, and close the file. This order terminates Docket No. 11.

**IT IS SO ORDERED**.

DATED: March 26, 2010

RICHARD SEEBORG
United States District Judge